IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60774
Conference Calendar
_____

MABROOR AHMED KHAN,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 725 254

- - - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mabroor Ahmed Khan petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See <u>Carbajal-Gonzalez v. INS</u>,

  [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

78 F.3d 194 197 (5th Cir. 1996).  The petition for review is
DENIED.